171 A.3d 1264

CASTLE REALTY MANAGEMENT, LLC, ASSIGNEE OF CC DAHMS, LLC, T/A RE/MAX CONNECTION REALTORS, PLAINTIFF–RESPONDENT, v. KEVIN BURBAGE, AUGUSTA INVESTMENTS, INC. D/B/A RE/MAX PREFERRED, DEFENDANTS–PETITIONERS.

C–202 Sept.Term 2017
079840

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005399–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.